**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 745 MAL 2019

         Respondent          :

                           :   Petition for Allowance of Appeal

                           :   from the Order of the Superior Court

         v.                   :

FORREST JAMES WILSON,        :

         Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.